```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SHERRY DAMROW, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3040 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF HOLDREGE, ERIC TITUS, DOUGLAS SCOTT LATTER, KENNETH SLOMINSKY, RONALD STERR, TIM WIEBE, JEANETTE HARDEN, KIRK RILEY and MARK UTTER, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's motion for time, filing 32, is granted and the deadline for plaintiff to file an amended complaint is extended to July 15, 2005.

DATED June 30, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge