IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WAYNE ABRAHAMSON, BERGMAN BROTHERS, and WAYNE CARLSON, | ) ) ) ) | **4:05CV3039** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| FIRST NATIONAL BANK OF HOLDREGE, KENNETH SLOMINSKY, ERIC TITUS, RONALD STERR, TIM WIEBE, JEANETTE HARDEN, KIRK RILEY, MARK UTTER, and DOUGLAS SCOTT LATTER, | ) ) ) ) ) ) ) ) ) | **JUDGMENT** |
| Defendants. _____ | ) ) ) | |
| PHILLIP M, KELLY, as Trustee of the bankruptcy estate of DENNIS R. DAMROW, together with SHERRY DAMROW, as their interests may be established, | ) ) ) ) ) ) | **4:05CV3040** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| FIRST NATIONAL BANK OF HOLDREGE, KENNETH SLOMINSKY, ERIC TITUS, RONALD STERR, TIM WIEBE, JEANETTE HARDEN, KIRK RILEY, MARK UTTER, and DOUGLAS SCOTT LATTER, | ) ) ) ) ) ) ) ) ) | **JUDGMENT** |
| Defendants. _____ | ) ) | |

| | | |
|---|---|---|
| DONALD DAMROW, | ) | **4:05CV3041** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF HOLDREGE, KENNETH SLOMINSKY, ERIC TITUS, RONALD STERR, TIM WIEBE, JEANETTE HARDEN, KIRK RILEY, MARK UTTER, and DOUGLAS SCOTT LATTER, | ) ) ) ) ) ) ) ) | **JUDGMENT** |
| Defendants. | ) | |
| _____ | ) ) | |
| MARTIN DAMROW, | ) | **4:05CV3042** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF HOLDREGE, KENNETH SLOMINSKY, ERIC TITUS, RONALD STERR, TIM WIEBE, JEANETTE HARDEN, KIRK RILEY, MARK UTTER, and DOUGLAS SCOTT LATTER, | ) ) ) ) ) ) ) ) | **JUDGMENT** |
| Defendants. | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| DAMROW and DAMROW, a General Partnership, | ) ) ) | **4:05CV3043** |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| FIRST NATIONAL BANK OF HOLDREGE, KENNETH SLOMINSKY, ERIC TITUS, RONALD STERR, TIM WIEBE, JEANETTE HARDEN, KIRK RILEY, MARK UTTER, and DOUGLAS SCOTT LATTER, | ) ) ) ) ) ) ) ) ) | **JUDGMENT** |
| Defendants. | ) ) | |
| DAMROW FARMS, a General Partnership, | ) ) ) | **4:05CV3044** |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| FIRST NATIONAL BANK OF HOLDREGE, KENNETH SLOMINSKY, ERIC TITUS, RONALD STERR, TIM WIEBE, JEANETTE HARDEN, KIRK RILEY, MARK UTTER, and DOUGLAS SCOTT LATTER, | ) ) ) ) ) ) ) ) ) | **JUDGMENT** |
| Defendants. | ) ) | |

Pursuant to the Memorandum and Order entered this date, judgment is entered for the defendants, First National Bank of Holdrege, Kenneth Slominsky, Eric Titus, Ronald Sterr, Tim Wiebe, Jeanette Harden, Kirk Riley, Mark Utter, and Douglas Scott Latter, and against the plaintiffs, providing that the plaintiffs shall take nothing and these actions are dismissed with prejudice. The Clerk of the Court is directed to file this judgment in each of the individual cases reflected in the joint caption.

February 3, 2006.                        BY THE COURT:

                                        *s/Richard G. Kopf*
                                        United States District Judge